# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Matthew Allen**  Case Number **01-CR-1231**

Name of Sentencing Judicial Officer: **The Honorable Allyne R. Ross, U.S. District Judge**

Date of Original Sentence: **November 21, 2002**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g) and 924(a)(2), a class C felony.**

Original Sentence: **42 months custody, 3 years TSR, and a $100 SAF. As a special condition of supervised release, a search condition was imposed.**

Type of Supervision: **Supervised Release**  Date Supervision Commenced: **July 1, 2004**

Assistant U.S. Attorney: **To Be Assigned**  Defense Attorney: **Anthony L. Ricco, Esq.**

---

## PETITIONING THE COURT

☐ To issue a warrant.

☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct |
| 2. | Failure to Notify of Contact with Law Enforcement |
| 3. | Failure to Submit a Truthful and Complete Written Report |
| 4. | Traveling Outside the Jurisdiction Without Permission |

U.S. Probation Officer Recommendation:

☒　　The term of supervision should be
　　　☒　Revoked
　　　☐　Extended for _____ years, for a total term of _____ years.

☐　　The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*Elizabeth Daly*
Elizabeth Daly
U.S. Probation Officer
Date: 5/18/06

IN CLER...
U.S. DISTRICT...
★　　09 2006　　★
BROOKLYN OFFICE

Approved by:

*Eileen Kelly*
Eileen Kelly
Deputy Chief U.S. Probation Officer
Date: 5/23/0?

THE COURT ORDERS:
☐　No Action
☐　The Issuance of a Warrant.
☒　The Issuance of a Summons.
☐　Other

Signature of Judicial Officer

5/24/06
Date