# SAGHIR LLC

730 5th Avenue
9th Floor
New York, NY 10019
Tel: 212 659 7786    Fax: 718 375 9394

Uzmah Saghir, Esq.

uzmahuk@hotmail.com

June 29, 2006

Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: 718 260 2386

RE: **United States v. Matthew Allan**
Docket No.: 01-CR-1231 (ARR)

*Handwritten annotation:* Application denied. The parties must appear on 6/30/06 at 11:30 AM as scheduled. So ordered. — Allyne R. Ross, USDJ 6/29/06
CC: Counsel (by fax)

Dear Judge Ross,

Your Honor we are currently scheduled for an appearance on the above matter tomorrow at 11:30 am.

I have just received a call from Mr. Allan, who works for a moving company, that his team has been given three jobs for tomorrow.

As a mover, Mr. Allan has to wait till the day before to see what jobs he will get. These jobs will mean that he makes $2,100.00 if can work those jobs, otherwise his team will replace him with someone else. Mr. Allan has been working hard and doing well in providing for his children since his release.

If the matter is adjourned it will have to be rescheduled for the sometime after August 22, 2006 as Counsel will be away on vacation until that date. We had originally scheduled for August 31, 2006 as Counsel was going to be away on June 20, 2006 but due to Counsel's trip being delayed to July 4, 2006 we rescheduled for June 30, 2006. We attempted to seek the governments consent to the adjournment but were unable to reach the AUSA and left him a message regarding our intention to seek the adjournment.

We understand that this is the eleventh hour to be asking for an adjournment but we respectfully do so, as $2,100.00 is a huge amount of money for Mr. Allan to be loosing in income at this point. We will be much obliged if the Court grants this adjournment.

Thank you for your indulgence in this matter.

Respectfully submitted

Uzmah Saghir, Esq.

CC: James Lowman, by fax